IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARKEVIUS JERRELL CALLOWAY, )
)
Petitioner, )
)
v. ) CASE NO. 2:15-CV-783-WKW
)
UNITED STATES OF AMERICA, )
)
Respondent. )

# **ORDER**

On February 13, 2018, the Magistrate Judge filed a Recommendation (Doc. # 31) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 31) is ADOPTED;

(2) Petitioner's 28 U.S.C. § 2255 (Doc. # 1) is DENIED as untimely under the limitation period in 28 U.S.C. § 2255(f); and

(3) This action case is DISMISSED with prejudice.

A separate final judgment will be entered.

DONE this 2nd day of April, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE